MICHELLE B. HEVERLY, Bar No. CA 178660
MICHAEL W. WARREN, Bar No. CA 223642
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
Telephone:    408.998.4150
Facsimile:     408.288.5686
Email:          mheverly@littler.com
Email:          mwarren@littler.com

Attorneys for Defendant
MERRILL COMMUNICATIONS, LLC
(erroneously named MERRILL CORPORATION /
MERRILL COMMUNICATION LLC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CV 08 0033

| | |
|---|---|
| ANTHONY SILVA,<br><br>    Plaintiff,<br><br>v.<br><br>MERRILL CORPORATION / MERRILL COMMUNICATIONS LLC, a Delaware Corporation, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Local Rule 3-16] |

Defendant Merrill Communications, L.L.C., (erroneously named Merrill Corporation / Merrill Communications LLC) submits the following Certification of Interested Entities or Persons pursuant to United States District Court for the Northern District of California, Local Rule 3-16:

///

///

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

DEFENDANT'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 3, 2008

*[signature]*

MICHELLE B. HEVERLY
MICHAEL W. WARREN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
MERRILL COMMUNICATIONS, LLC
(erroneously named MERRILL CORPORATION / MERRILL COMMUNICATIONS LLC)

Firmwide:83963037.1 023665.1000
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

2.

DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS