1  MICHELLE B. HEVERLY, Bar No. CA 178660
   MICHAEL W. WARREN, Bar No. CA 223642
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street
   15th Floor
4  San Jose, CA 95113.2303
   Telephone:   408.998.4150
5  Facsimile:   408.288.5686
   Email:       mheverly@littler.com
6  Email:       mwarren@littler.com

7  Attorneys for Defendant
   MERRILL COMMUNICATIONS, LLC
8  (erroneously named MERRILL CORPORATION /
   MERRILL COMMUNICATION LLC)
9

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                  SAN FRANCISCO DIVISION
13

14 | ANTHONY SILVA,                              | Case No. CV 08-00033 SI
15 |                                             |
   |             Plaintiff,                      | **CERTIFICATE OF SERVICE OF NOTICE
16 |                                             | TO STATE COURT AND ADVERSE
   |      v.                                     | PARTY OF REMOVAL TO FEDERAL
17 |                                             | COURT**
   | MERRILL CORPORATION / MERRILL
18 | COMMUNICATIONS LLC, a Delaware
   | Corporation, and DOES 1-50, inclusive.
19 |
   |             Defendants.
20

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408 998 4150

Case No. C 08-00033 SI                1.              CERTIFICATE OF SERVICE OF NOTICE TO
                                                      STATE COURT AND ADVERSE PARTY OF
                                                      REMOVAL TO FEDERAL COURT

1  I, Suzanne M. Barnes, certify and declare as follows:

2      I am a resident of the State of California, over the age of eighteen years, and not a party to
3  the within action. My business address is 50 West San Fernando Street, 15th Floor, San Jose,
4  California 95113-2303. On January 4, 2008, I served a copy of the Notice to State Court and
5  Adverse Party of Removal of Civil Action to Federal Court and the Certificate of Interested Parties
6  to the person(s) at the address set forth below:

7  Gerald A. Emanuel
   Amy Carlson
8  Hinkle, Jachimowicz, Pointer & Emanuel
   2007 West Hedding Street, Suite 100
9  San Jose, CA 95128

11     I declare under penalty of perjury under the laws of the State of California that the above is
12 true and correct. Executed on January 9, 2008.

*Suzanne Barnes*
Suzanne M. Barnes

18 Firmwide:84013698.1 023665.1013

Case No. C 08-00033 SI    2.

CERTIFICATE OF SERVICE OF NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150