MICHELLE B. HEVERLY, Bar No. CA 178660
MICHAEL W. WARREN, Bar No. CA 223642
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
Telephone:  408.998.4150
Facsimile:  408.288.5686
Email:  mheverly@littler.com
Email:  mwarren@littler.com

Attorneys for Defendant
MERRILL COMMUNICATIONS, LLC
(erroneously named MERRILL CORPORATION /
MERRILL COMMUNICATION LLC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY SILVA,<br><br>             Plaintiff,<br><br>     v.<br><br>MERRILL CORPORATION / MERRILL COMMUNICATIONS LLC, a Delaware Corporation, and DOES 1-50, inclusive.<br><br>             Defendants. | Case No. CV 08-00033 SI<br><br>**PROOF OF SERVICE** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150

Case No. C 08-00033 SI                           1.                           PROOF OF SERVICE

1  I, Suzanne M. Barnes, certify and declare as follows:

2      I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 50 West San Fernando Street, 15th Floor, San Jose, California 95113-2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On January 9, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within documents:

1. **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO**
2. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
3. **JUDGE SUSAN ILLSTON'S STANDING ORDERS**
4. **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION,**

In a sealed envelope, postage fully paid, addressed as follows:

Gerald A. Emanuel  
Amy Carlson  
Hinkle, Jachimowicz, Pointer & Emanuel  
2007 West Hedding Street, Suite 100  
San Jose, CA 95128

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 9, 2008.

*/s/ Suzanne Barnes*  
Suzanne M. Barnes

Firmwide:84013954.1 023665.1013

LITTLER MENDELSON  
A PROFESSIONAL CORPORATION  
50 West San Fernando Street  
15th Floor  
San Jose, CA 95113.2303  
408.998.4150

Case No. C 08-00033 SI      2.      **PROOF OF SERVICE**