UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANTHONY SILVA,
          Plaintiff(s),

Case No. C 07-03208 SBA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

MERRILL CORPORATION /
MERRILL COMMUNICATIONS
LLC, a Delaware Corporation, and
DOES 1-50, inclusive,
          Defendant(s).

---

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

     (2) Discussed the available dispute resolution options provided by the Court and private entities; and

     (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: March 21, 2008

_____
[Party]
Defendant, Merrill Corporation

Dated: March 21, 2008

_____
[Counsel]
Michelle B. Heverly

American LegalNet, Inc.
www.USCourtForms.com

Rev. 12/05