UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANTHONY SILVA,
                Plaintiff(s),

v.

MERRILL CORPORATION / MERRILL COMMUNICATIONS LLC, a Delaware Corporation, and Does 1 through 50, inclusive,
                Defendant(s).
                /

CASE NO. CV 08-00033 SI

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process
☒ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference   April 7, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Michelle B. Heverly | Defendant, | 408-998-4150 | mheverly@littler.com |
| Amy Carlson | Plaintiff, | 408-246-5500 | acarlson@hinklelaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: March 21, 2008

/ s / Amy Carlson
Attorney for Plaintiff
Anthony Silva

Dated: March 21, 2008

/ s / Michelle Heverly
Attorney for Defendant
Merrill Corporation

Rev 12.05

American LegalNet, Inc.
www.USCourtForms.com