**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 4/7/08

Case No.   C-08-0033 SI             Judge:   SUSAN ILLSTON

Title: ANTHONY SILVA -v- MERRILL CORP.

Attorneys: N/A                M. Heuerly

Deputy Clerk:  Tracy Sutton  Court Reporter: N/A

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                               PART

Case continued to **8/15/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **2/13/09    @ 9:00 a.m.**  for Motions
(Motion due **1/9/09**, Opposition **1/23/09** Reply **1/30/09**)

Case continued to **4/21/09    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **5/4/09   @ 8:30 a.m.**  for Trial (jury:   Days)
Discovery Cutoff: 10/1/08  Designate Experts by: 3/2/09, Rebuttal Experts:3/13/09, Expert Discovery Cutoff:3/31/09

ORDERED AFTER HEARING:
This case shall be referred to the Court's mediation program.  The mediation session shall occur by 7/14/08.

CC: ADR.