IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY SILVA,　　　　　　　　　　　　　　No. C 08-00033 SI

　　　　　Plaintiff,　　　　　　　　　　　　　　**PRETRIAL PREPARATION ORDER**

　v.

MERRILL CORPORATION,

　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　　/

　　　It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 15, 2008  at  2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 1, 2008.

DESIGNATION OF EXPERTS: 3/2/09; REBUTTAL: 3/13/09.
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 31, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by January 9, 2009;

　　Opp. Due January 23, 2009;  Reply Due January 30, 2009;

　 and set for hearing no later than February 13, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 21, 2009 at 3:30 PM.

JURY TRIAL DATE: May 4, 2009 at 8:30 AM.,
　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program.  The mediation session shall occur by July 14, 2008.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:　　　　　　　　　　　　　　　　　　　　　　　　　　　Susan Illston
　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**United States District Court**
For the Northern District of California