# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Silva,<br><br>        Plaintiff(s),<br><br>    v.<br><br>Merrill Corporation/Merrill Communications LLC,<br><br>        Defendant(s). | 08-00033 SI MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Philip L. Gregory**
> Cotchett, Pitre, Simon & McCarthy
> San Francisco Airport Center
> 840 Malcolm Road, Suite 200
> Burlingame, CA 94010
> 650-697-6000

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00033 SI MED                              - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: April 15, 2008

        RICHARD W. WIEKING
        Clerk
        by:    Alice M. Fiel

        ADR Case Administrator
        415-522-3148
        Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-00033 SI MED         - 2 -