**FILED**

JUN 26 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Silva,<br><br>            Plaintiff(s),<br><br>    v.<br><br>Merrill Corporation/Merrill Communications LLC,<br><br>            Defendant(s). | No. C 08-00033 SI MED<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1.  I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _JUNE 23, 2008_

2.  Did the case settle?     ☒ fully     ☐ partially     ☐ no

3.  If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

4.  IS THIS ADR PROCESS COMPLETED?     ☒ YES     ☐ NO

    Dated: _JUNE 24, 2008_                                      _/s/ signature_

    Mediator, Philip L. Gregory
    Cotchett, Pitre, Simon & McCarthy
    San Francisco Airport Center
    840 Malcolm Road, Suite 200
    Burlingame, CA 94010

**Certification of ADR Session**
08-00033 SI MED